IT IS SO ORDERED

*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHEN JOSEPH HEUER, | Case No. C10-01413 JW |
|     Plaintiff, | STIPULATION OF DISMISSAL; [PROPOSED] ORDER |
|     v. | |
| UNITED STATES ATTORNEY GENERAL et al., | |
|     Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action that the above-captioned action is hereby dismissed without prejudice as to all defendants pursuant to Federal Rule of Civil Procedure 41(a)(1), all parties to bear their own fees and costs.

Respectfully submitted,

DATED: September ___, 2010

STEPHEN JOSEPH HEUER  authorized representative
Plaintiff

DATED: September 28, 2010

MELINDA HAAG
United States Attorney

CLAIRE T. CORMIER
Assistant United States Attorney

STIPULATION OF DISMISSAL; [PROPOSED] ORDER
Case No. C10-01413 JW

[PROPOSED] ORDER

Pursuant to the stipulation of the parties, the above-entitled case is hereby dismissed without prejudice as to all defendants, all parties to bear their own fees and costs.

In light of this Order, the Court DENIES the government's Motion to Dismiss as moot and the October 18, 2010 hearing on the Motion is VACATED.

The Clerk shall close this file.

Dated:  September 29, 2010

_____
JAMES WARE
United States District Judge